# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Micah Anderson,<br><br>    Plaintiff,<br><br>v.<br><br>Reprographic Solutions, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00497-RFB-BNW<br><br>**REPORT AND RECOMMENDATION** |

On April 12, 2021, the Court ordered Plaintiff to update his address by April 29, 2021, as a recent filing was returned as undeliverable. *See* ECF Nos. 3, 4. The Court further advised Plaintiff that if he did not comply with the Court's order, the Court may recommend dismissing his case. ECF No. 4. Plaintiff has not complied with the Court's order.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) be denied as moot.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 7, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE