# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICAH ANDERSON,

        Plaintiff,

v.

REPROGRAPHIC SOLUTIONS, et al.,

        Defendants.

Case No.: 2:21-cv-00497-CDS-BNW

**Order Adopting Report and Recommendation of the Magistrate Judge**

[ECF No. 6]

On May 7, 2021, United States Magistrate Judge Brenda Weksler issued a Report and Recommendation (R&R) (ECF No. 6) that this case be dismissed without prejudice for failure to comply with the Court's prior order (ECF No. 4) for Plaintiff to update his address.[1] Magistrate Judge Weksler's prior order to update the address advised that failure to comply with the order would result in her recommending this case be dismissed. *See* ECF Nos. 3, 4. As of the date of this Order, Plaintiff has failed to update his address. Further, the deadline to file objections to the R&R was May 23, 2021.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] No objection has been filed. Accordingly, I adopt Judge Weksler's R&R in its entirety. Accordingly,

---

[1] The Court sent Plaintiff an advisory letter (ECF No. 3) on March 26, 2021, which was returned undeliverable on May 3, 2021. *See* ECF No. 4

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge Weksler's Report and Recommendation [ECF No. 6] is ADOPTED in its entirety.

IT IS FURTHER ORDERED that the Plaintiff's Complaint is STRICKEN and the case is dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

The Clerk of Court is directed to close the case.

DATED this 27th day of May, 2022.

_____
Cristina D. Silva
United States District Court Judge